| | |
|---|---|
| 1  R. Rex Parris, Esq. (SBN: 96567) | JS-6 |
|       rrparris@rrexparris.com | |
| 2  Jason P. Fowler, Esq. (SBN: 239426) | |
|       jfowler@rrexparris.com | |
| 3  Alexander R. Wheeler, Esq. (SBN: 239541) | |
|       awheeler@rrexparris.com | |
| 4  **R. REX PARRIS LAW FIRM** | |
|    42220 10th Street West, Suite 109 | |
| 5  Lancaster, California 93534 | |
|    Telephone: (661) 949-2595 / Fax: (661) 949-7524 | |
| 6 | |
| 7  [Additional Attorneys for Plaintiffs and the Putative Class on Attachment] | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCHELLE INGALLS, suing individually and on behalf of all other similarly situated persons, | Case No.: CV08-04342 VBF (Ex) C/W<br>CV08-05330-VBF (FFMx)<br>CV08-07481-VBF (Ex) |
| Plaintiffs, | |
| v. | **ORDER GRANTING CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS** |
| HALLMARK MARKETING CORPORATION, a Delaware corporation, and defendant DOES 1 through 10, inclusive, | |
| | Date:        October 16, 2009 |
| | Time:        3:00 p.m. |
| Defendants. | Courtroom: 9 |
| _____ | Judge:       Honorable Valerie Baker Fairbank |
| NIKKI FUZELL, an individual, on behalf of herself, all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| HALLMARK MARKETING CORPORATION, a Delaware corporation with it's principal place of business in the State of Missouri, | |
| Defendants. | |
| _____ | |
| BEVERLY WEAVER, et al., Plaintiffs, | |
| v. | |
| HALLMARK MARKETING CORP., | |
| Defendants. | |
| _____ | |

# **ATTACHMENT TO CAPTION**

**ZELBST, HOLMES & BUTLER**
John Zelbst, Esq. [admitted *pro hac vice*]
    john@zelbst.com
Chandra Holmes Ray, Esq. [admitted *pro hac vice*]
    chandra@zelbst.com
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844 Fax: (580) 248-6916

James E. Wren, Esq. [admitted *pro hac vice*]
    James_Wren@baylor.edu
One Bear Place #97288
Waco, TX 76798-7288
(254) 710-7670 Fax: (254) 710-2817

**SLOAN, BAGLEY, HATCHER & PERRY**
John Sloan, Esq. [admitted *pro hac vice*]
    jsloan@textrialfirm.com
Laureen Bagley, Esq. [admitted *pro hac vice*]
    lbagley@textrialfirm.com
P.O. Box Drawer 2909
Longview, TX 75006
(903) 757-7000 Fax: (903) 757-7574

**CLARK & MARKHAM**
David R. Markham, Esq. (SBN 071814)
    dmarkham@clarkmarkham.com
R. Craig Clark, Esq. (SBN 129912)
    cclark@clarkmarkham.com
James M. Treglio, Esq. (SBN 228077)
    jtreglio@clarkmarkham.com
600 B Street, Suite 2130
San Diego, CA 92101

**GRACEHOLLIS**
Graham S.P. Hollis, Esq. (SBN 120577)
    ghollis@gracehollis.com
3555 Fifth Avenue
San Diego, CA 92103
(619) 692-0800

On October 16, 2009, the Court heard a motion by Plaintiffs, Rochell Ingalls ("Ingalls"), Nikki Fuzell ("Fuzell"), and Beverly Weaver ("Weaver") on behalf of themselves and all others similarly situated, for approval of Class Counsel's Motion for an Award of Attorneys Fees, Litigation Costs and Incentive Awards to Ingalls, Fuzell, Weaver, Sandy Ripp ("Ripp"), Carol White ("White"), and Vanesa Yanez ("Yanez").

The Parties have submitted the proposed Settlement, which this Court finally approved on October 16, 2009. Having finally approved the Settlement, and having received and reviewed the supporting papers, the response of the Class Members to the Notice of Settlement, and the evidence and argument received by the Court at Hearing on October 16, 2009, the Court grants the Motion by Class Counsel for an Award of Attorneys' Fees, Litigation Costs and Incentive Awards, and HEREBY FINDS as follows:

1. Except as otherwise specified herein, the Court for purposes of this Order of Final Approval adopts all defined terms set forth in the Settlement;

2. Pursuant to the Preliminary Approval Order, a Notice Packet was sent to each Class Member by first-class mail. The Notice included language advising Class Members that Class Counsel would ask the Court to award attorneys' fees up to 33% of the Maximum Settlement Amount and litigation costs. In addition, the Notice provided that Class Counsel would ask the Court to authorize an enhancement payment of up to $10,000 each to Ingalls, Fuzell, Weaver, Ripp, White and Yanez;

3. The Claims Administrator took reasonable steps to provide the Notice Packet to Class Members when it learned that the address to which those documents were mailed was no longer accurate. These documents informed Class Members of the terms of the Settlement, including the request by Class Counsel for Attorneys' fees, litigation costs, and enhancement payments and their right to object to the Settlement or to opt out of the Settlement and pursue their own remedies, and their right to appear in

/ / / /

/ / / /

1

[PROPOSED] ORDER GRANTING CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

person or by counsel at the Final Approval Hearing and be heard regarding the final approval of the Settlement. Notice was provided with ample time for the Class Members to follow these procedures;

4. The Court finds that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of Class Counsels' Motion for an Award of Attorneys' Fees, Litigation Costs and the Incentive Awards requested. Notice was accomplished in all material respects in the manner prescribed by the Settlement. The Court finds that adequate notice provided to all persons entitled to such notice in this case, was the best notice practicable, and, therefore, fully satisfied the requirements of due process;

5. The Attorneys' Fees requested by Class counsel are commensurate with 1) the risk Class Counsel took in commencing this action, (2) the time, effort and expense dedicated to the case, (3) the skill and determination they have shown, (4) the results they have achieved throughout the litigation, (5) the value of the settlement they have achieved for class members, and (6) the other cases counsel have turned down in order to devote their time and efforts to this matter;

6. The Attorneys' Fees requested by Class counsel, $1,825,000.00 of the total settlement of $5,625,000 are reasonable and are within the range of fees awarded in comparable cases;

7. That the litigation costs for which Class Counsel requests reimbursement were reasonable and necessary;

8. That the enhancement payments requested by Ingalls, Fuzell, Weaver, Ripp, White, and Yanez, for their efforts in obtaining recovery for the Class are reasonable and are within the range of enhancement payments awarded in comparable cases;

Therefore, IT IS HEREBY ORDERED:

1. That the Motion by Class Counsel for an award of Attorneys' Fees in the amount of $1,825,000.00 is granted;

////

2. That the Motion by Class Counsel for an award of litigation costs in the amount of $54,528.85 is granted;

3. That the Motion by Class Counsel for an award of an enhancement payment to Rochell Ingalls, in the amount of $10,000 is granted;

4. That the Motion by Class Counsel for an award of an enhancement payment to Nikki Fuzell, in the amount of $10,000 is granted.

5. That the Motion by Class Counsel for an award of an enhancement payment to Beverly Weaver, in the amount of $10,000 is granted.

6. That the Motion by Class Counsel for an award of an enhancement payment to Sandy Ripp, in the amount of $10,000 is granted.

7. That the Motion by Class Counsel for an award of an enhancement payment to Carol White, in the amount of $10,000 is granted.

8. That the Motion by Class Counsel for an award of an enhancement payment to Vanesa Yanez , in the amount of $10,000 is granted.

Dated: October 16, 2009    _____
                                                Honorable Valerie Baker Fairbank

| | |
|---|---|
| 1  R. Rex Parris, Esq. (SBN: 96567) | JS-6 |
|        rrparris@rrexparris.com | |
| 2  Jason P. Fowler, Esq. (SBN: 239426) | |
|        jfowler@rrexparris.com | |
| 3  Alexander R. Wheeler, Esq. (SBN: 239541) | |
|        awheeler@rrexparris.com | |
| 4  **R. REX PARRIS LAW FIRM** | |
|    42220 10th Street West, Suite 109 | |
| 5  Lancaster, California 93534 | |
|    Telephone: (661) 949-2595 / Fax: (661) 949-7524 | |

[Additional Attorneys for Plaintiffs and the Putative Class on Attachment]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE INGALLS, suing individually and on behalf of all other similarly situated persons, | Case No.: CV08-04342 VBF (Ex) C/W  CV08-05330-VBF (FFMx)  CV08-07481-VBF (Ex) |
| Plaintiffs, | **ORDER GRANTING CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS** |
| v. | |
| HALLMARK MARKETING CORPORATION, a Delaware corporation, and defendant DOES 1 through 10, inclusive, | Date:       October 16, 2009  Time:       3:00 p.m.  Courtroom: 9  Judge:      Honorable Valerie Baker Fairbank |
| Defendants. | |
| NIKKI FUZELL, an individual, on behalf of herself, all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| HALLMARK MARKETING CORPORATION, a Delaware corporation with it's principal place of business in the State of Missouri, | |
| Defendants. | |
| BEVERLY WEAVER, et al., Plaintiffs, | |
| v. | |
| HALLMARK MARKETING CORP., | |
| Defendants. | |

# ATTACHMENT TO CAPTION

**ZELBST, HOLMES & BUTLER**
John Zelbst, Esq. [admitted *pro hac vice*]
    john@zelbst.com
Chandra Holmes Ray, Esq. [admitted *pro hac vice*]
    chandra@zelbst.com
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844 Fax: (580) 248-6916

James E. Wren, Esq. [admitted *pro hac vice*]
    James_Wren@baylor.edu
One Bear Place #97288
Waco, TX 76798-7288
(254) 710-7670 Fax: (254) 710-2817

**SLOAN, BAGLEY, HATCHER & PERRY**
John Sloan, Esq. [admitted *pro hac vice*]
    jsloan@textrialfirm.com
Laureen Bagley, Esq. [admitted *pro hac vice*]
    lbagley@textrialfirm.com
P.O. Box Drawer 2909
Longview, TX 75006
(903) 757-7000 Fax: (903) 757-7574

**CLARK & MARKHAM**
David R. Markham, Esq. (SBN 071814)
    dmarkham@clarkmarkham.com
R. Craig Clark, Esq. (SBN 129912)
    cclark@clarkmarkham.com
James M. Treglio, Esq. (SBN 228077)
    jtreglio@clarkmarkham.com
600 B Street, Suite 2130
San Diego, CA 92101

**GRACEHOLLIS**
Graham S.P. Hollis, Esq. (SBN 120577)
    ghollis@gracehollis.com
3555 Fifth Avenue
San Diego, CA 92103
(619) 692-0800

On October 16, 2009, the Court heard a motion by Plaintiffs, Rochell Ingalls ("Ingalls"), Nikki Fuzell ("Fuzell"), and Beverly Weaver ("Weaver") on behalf of themselves and all others similarly situated, for approval of Class Counsel's Motion for an Award of Attorneys Fees, Litigation Costs and Incentive Awards to Ingalls, Fuzell, Weaver, Sandy Ripp ("Ripp"), Carol White ("White"), and Vanesa Yanez ("Yanez").

The Parties have submitted the proposed Settlement, which this Court finally approved on October 16, 2009. Having finally approved the Settlement, and having received and reviewed the supporting papers, the response of the Class Members to the Notice of Settlement, and the evidence and argument received by the Court at Hearing on October 16, 2009, the Court grants the Motion by Class Counsel for an Award of Attorneys' Fees, Litigation Costs and Incentive Awards, and HEREBY FINDS as follows:

1. Except as otherwise specified herein, the Court for purposes of this Order of Final Approval adopts all defined terms set forth in the Settlement;

2. Pursuant to the Preliminary Approval Order, a Notice Packet was sent to each Class Member by first-class mail. The Notice included language advising Class Members that Class Counsel would ask the Court to award attorneys' fees up to 33% of the Maximum Settlement Amount and litigation costs. In addition, the Notice provided that Class Counsel would ask the Court to authorize an enhancement payment of up to $10,000 each to Ingalls, Fuzell, Weaver, Ripp, White and Yanez;

3. The Claims Administrator took reasonable steps to provide the Notice Packet to Class Members when it learned that the address to which those documents were mailed was no longer accurate. These documents informed Class Members of the terms of the Settlement, including the request by Class Counsel for Attorneys' fees, litigation costs, and enhancement payments and their right to object to the Settlement or to opt out of the Settlement and pursue their own remedies, and their right to appear in

////

////

person or by counsel at the Final Approval Hearing and be heard regarding the final approval of the Settlement. Notice was provided with ample time for the Class Members to follow these procedures;

4. The Court finds that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of Class Counsels' Motion for an Award of Attorneys' Fees, Litigation Costs and the Incentive Awards requested. Notice was accomplished in all material respects in the manner prescribed by the Settlement. The Court finds that adequate notice provided to all persons entitled to such notice in this case, was the best notice practicable, and, therefore, fully satisfied the requirements of due process;

5. The Attorneys' Fees requested by Class counsel are commensurate with 1) the risk Class Counsel took in commencing this action, (2) the time, effort and expense dedicated to the case, (3) the skill and determination they have shown, (4) the results they have achieved throughout the litigation, (5) the value of the settlement they have achieved for class members, and (6) the other cases counsel have turned down in order to devote their time and efforts to this matter;

6. The Attorneys' Fees requested by Class counsel, $1,825,000.00 of the total settlement of $5,625,000 are reasonable and are within the range of fees awarded in comparable cases;

7. That the litigation costs for which Class Counsel requests reimbursement were reasonable and necessary;

8. That the enhancement payments requested by Ingalls, Fuzell, Weaver, Ripp, White, and Yanez, for their efforts in obtaining recovery for the Class are reasonable and are within the range of enhancement payments awarded in comparable cases;

Therefore, IT IS HEREBY ORDERED:

1. That the Motion by Class Counsel for an award of Attorneys' Fees in the amount of $1,825,000.00 is granted;

////

2. That the Motion by Class Counsel for an award of litigation costs in the amount of $54,528.85 is granted;

3. That the Motion by Class Counsel for an award of an enhancement payment to Rochell Ingalls, in the amount of $10,000 is granted;

4. That the Motion by Class Counsel for an award of an enhancement payment to Nikki Fuzell, in the amount of $10,000 is granted.

5. That the Motion by Class Counsel for an award of an enhancement payment to Beverly Weaver, in the amount of $10,000 is granted.

6. That the Motion by Class Counsel for an award of an enhancement payment to Sandy Ripp, in the amount of $10,000 is granted.

7. That the Motion by Class Counsel for an award of an enhancement payment to Carol White, in the amount of $10,000 is granted.

8. That the Motion by Class Counsel for an award of an enhancement payment to Vanesa Yanez , in the amount of $10,000 is granted.

Dated: October 16, 2009            _____
                                    Honorable Valerie Baker Fairbank